ACCEPTED
04-15-00714-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/13/2015 12:02:55 PM
KEITH HOTTLE
CLERK

Filed 11/10/2015 11:59:17 AM
Dora Castañon
District Clerk
Zapata County, Texas

04-15-00714-CV

CAUSE NO. 6,470

| | | |
|---|---|---|
| BETSY MECOM, DONALD R. MULLINS, JR., LANNIE LOUISE MECOM, MARK HARVEY MULLINS and WAHATOYA, LTD., <br> *Plaintiffs*, <br><br> vs. <br><br><br> WESTPORT OIL & GAS COMPANY, L.P. n/k/a KERR-MCGEE OIL & GAS ONSHORE, L.P., <br> *Defendant.* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | IN THE DISTRICT COURT OF <br><br> **FILED IN** <br> **4th COURT OF APPEALS** <br> **SAN ANTONIO, TEXAS** <br> 11/13/2015 12:02:55 PM <br> **KEITH E. HOTTLE** <br> Clerk <br> 49TH JUDICIAL DISTRICT <br><br><br><br><br> ZAPATA COUNTY, TEXAS |

### DEFENDANT'S NOTICE OF APPEAL

Defendant Westport Oil & Gas Company, L.P. n/k/a Kerr-McGee Oil & Gas Onshore, L.P. ("Defendant"), hereby gives notice that it desires to appeal from the Final Judgment, signed by the Court on August 31, 2015, to the Fourth Court of Appeals of Texas at San Antonio. In addition Defendant appeals (a) all rulings and orders leading up to the Final Judgment that were in any way adverse to Defendant, including without limitation any adverse orders and rulings made by Court prior to trial, during trial, or after the jury's verdict but before entry of Final Judgment; and (b) the Court's adverse rulings and orders, made after entry of Final Judgment, including without limitation the Court's November 9, 2015 order denying Defendant's motion for new trial, for remittitur, and to modify, correct and/or reform the judgment.

1

MHDocs 6660625_1 15224.1

Respectfully submitted,

**MUNSCH HARDT KOPF & HARR PC**

By:   /s/ D. Mitchell McFarland
     D. Mitchell McFarland
     State Bar No. 13597700
     Carrie Schadle
     State Bar No. 24051618
     700 Milam, Suite 2700
     Houston, Texas   77002
     Telephone:  (713) 222-1470
     Facsimile:  (713) 222-5894
     mmfarland@munsch.com
     cschadle@munsch.com

**CAMPERO & ASSOCIATES, P.C.**

     ADOLFO CAMPERO, JR.
     State Bar No.  00793454
     315 Calle Del Norte, Suite 207
     Laredo, Texas  78041
     Telephone: (956) 796-0330
     Facsimile:  (956) 796-0399
     acampero@camperolaw.com

**SAMORA LAW FIRM**

     Gwen J. Samora
     State Bar No. 00784899
     4210 Oberlin Street
     Houston, Texas 77005
     Telephone: (832) 646-3537
     gwen@samorafirm.com

*ATTORNEYS FOR DEFENDANT WESTPORT OIL & GAS COMPANY, L.P.*
*N/K/A KERR-MCGEE OIL & GAS ONSHORE, L.P.*

MHDocs 6660625_1 15224.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent via electronic service and via email on this 10th day of November, 2015, to the following counsel of record:

*Email to* *mjones@jonesgill.com*
Michael D. Jones
Jones Gill LLP
6363 Woodway, Suite 1100
Houston, Texas 77057

*Email to* *cwehmeyer@smwenergylaw.com*
Corey Wehmeyer
Santoyo Moore Wehmeyer P.C.
1020 N.E. Loop 410 , Suite 320
San Antonio, TX 78209

/s/ D. Mitchell McFarland
D. Mitchell McFarland

3

MHDocs 6660625_1 15224.1